Rehfeldt and wife, Respondents, vs. Haag and wife, Appellants.

For the appellants: *Catlin & Catlin* of Appleton.

For the respondents: *Benton, Bosser, Becker & Parnell* of Appleton.

*By the Court.*—Judgment affirmed.

Kondratowicz and others, Appellants, vs. Misun and another, Respondents.

For the appellants: *Shannon & Higgins* of Kenosha.

For the respondents: *Sanborn, Lamoreux & Pray* of Ashland, and *C. F. Morris* of Washburn.

*By the Court.*—Judgment affirmed.

Perszyk and another, Appellants, vs. The Milwaukee Electric Railway & Light Company, Respondent.

For the appellants: *Quarles, Spence & Quarles,* attorneys, and *Howard T. Foulkes* and *Kenneth P. Grubb* of counsel, all of Milwaukee.

For the respondent: *Shaw, Muskat & Paulsen,* attorneys, of Milwaukee, and *Wm. F. Schanen* of counsel of Port Washington.

*By the Court.*—Order affirmed.